ABERDEEN AND ASHBORO RAILROAD COMPANY v. SEA-. BOARD AIR LINE RAILWAY COMPANY.

(Filed 10 December, 1913.)

Trials—Appeal and Error.

This action was tried in accordance with the decision in the former appeal, and no reversible error is found.

APPEAL by defendant from *Bragaw, J.,* at May Term, 1913, of MOORE.

This is an action to recover damages, and the facts are fully stated in the former appeal. There was a judgment for the plaintiff, and the defendant appealed.

*Douglass & Douglass, Jerome & Price, R. L. Burns, and W. H. Lyon for plaintiff.*

*W. H. Neal for defendant.*

PER CURIAM. This action was tried in accordance with the principles laid down in the former appeal, 157 N. C., 369, and upon an examination of the entire record we find no reversible error.

No error.